<table>
<tr><td colspan="3"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

| | |
|---|---|
| Debtor 1 | Cristina Beach |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Northern    District of    Illinois (State) |
| Case number | 17-12515 |

## Form 4100R

# Response to Notice of Final Cure Payment

10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

### Part 1:    Mortgage Information

**Name of creditor:**  Nationstar Mortgage LLC d/b/a Mr. Cooper    **Court claim no. (if known)**    4

**Last 4 digits** of any number you use to identify the debtor's account:    1139

**Property address:**  371 Toccoa Lane
Number    Street

Volo    IL    60073
City    State    Zip Code

### Part 2:    Prepetition Default Payments

*Check one:*

■ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this responses is:

### Part 3:    Postpetition Mortgage Payment

*Check one:*

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:
MM / DD / YYYY

■ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:    (a)    $0.00
$650.00 per filed PPFNs

b. Total fees, charges, expenses, escrow, and costs outstanding:    +    (b)    $0.00

c. Total. Add lines a and b.    (c)    $650.00 per filed PPFNs

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:    07/01/2022
MM / DD / YYYY

| Debtor 1 | Cristina Beach | | | Case number *(if known)* | 17-12515 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

### Part 4:    Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

The following amount(s) will be due at the earlier of repayment in full, acceleration, or maturity of the loan:

Deferred extension interest (related to re-ages or loan mods):    $
Deferred daily simple interest:    $
Deferred (other):    $

### Part 5:    Sign Here

**The person completing this response must sign it.  The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box:*

❑ I am the creditor.

■ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

| ✗ | /s/ Joel P. Fonferko | | Date | 6/6/2022 |
|---|---|---|---|---|
| | Signature | | | |

| Print | Joel P. Fonferko | | | Title | Attorney for Creditor |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| Company | Codilis & Associates, P.C. |
|---|---|

**If different from the notice address listed on the proof of claim to which this response applies:**

| Address | 15W030 North Frontage Road, Suite 100 |
|---|---|
| | Number    Street |

| | Burr Ridge | IL | 60527 |
|---|---|---|---|
| | City | State | ZIP Code |

| Contact phone | (630) 794-5300 | | Email | bkpleadingsNORTHERN@il.cslegal.com |
|---|---|---|---|---|

**File #14-17-05622**

17-12515

## CERTIFICATE OF SERVICE

       The undersigned, an attorney, hereby certifies that I have served a copy of this Notice upon the parties listed below, as to the Trustee and Debtor's attorney via electronic notice on June 6, 2022 and as to the debtor by causing same to be mailed in a properly addressed envelope, postage prepaid, from 7140 Monroe Street, Willowbrook, IL 60527 before the hour of 5:00 PM on June 6, 2022.

Glenn B Stearns, Chapter 13 Trustee, 801 Warrenville Road Suite 650, Lisle, IL 60532 by electronic notice through ECF
Cristina Beach, Debtor(s), 371 Toccoa Lane, Volo, IL 60073
Justin R. Storer, Attorney for Debtor(s), 105 W. Madison St.Site 1500, Chicago, IL 60602 by electronic notice through ECF
Office of U.S. Trustee, 219 S. Dearborn St., Room 873, Chicago, IL 60604 by electronic notice through ECF

       /s/ Joel P. Fonferko

Berton J. Maley ARDC#6209399
Rachael A. Stokas ARDC#6276349
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
Brenda Ann Likavec ARDC#6330036
Terri M. Long ARDC#6196966
**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300)
**File #14-17-05622**
NOTE: This law firm is a debt collector.

### Motion For Relief Information
#### Post-Petition Ledger

| Filed By: | RICHARD BEACH | Payment Changes | | | | |
|---|---|---|---|---|---|---|
| | CRISTINA BEACH | | | | | |
| Case Number: | 17-12515 | From Date | To Date | Total Amount | P&I Total | Escrow Total | Interest Rate Change |
| Filing Date: | 04/21/17 | 1-May-17 | 1-Apr-18 | $1,978.35 | | | |
| | | 1-May-18 | 1-Apr-19 | $2,051.83 | | | |
| Payments in POC: | $0.00 | 1-May-19 | 1-Apr-20 | $2,011.60 | | | |
| First Post Due Date: | 05/01/17 | 1-May-20 | 1-Feb-21 | $1,999.09 | | | |
| | | 1-Mar-21 | 1-Apr-21 | $1,916.01 | | | |
| | | 1-Mar-21 | 1-Apr-22 | $1,858.49 | | | |
| | | 1-May-22 | | $1,897.70 | | | |

| Date | Amount Received | Applied To | Post Petition Amount Due | Post Suspense Balance | Comments | Payment Applied (P&I and Escrow) | Additional Escrow Applied | Fees/Costs/Corp Applied | Payment Suspense | LSAM BR Suspense Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | $ - | | | | | $ - | $ - |
| | | | | $ - | | | | | | $ - |
| 05/08/17 | 1,993.59 | 05/01/17 | 1,978.35 | 15.24 | | | | | 1,993.59 | 15.24 |
| 05/09/17 | | | | 15.24 | | 1,978.35 | | | (1,978.35) | 15.24 |
| 06/05/17 | 1,993.59 | 06/01/17 | 1,978.35 | 30.48 | | | | | 1,993.59 | 2,008.83 |
| 06/06/17 | | | | 30.48 | | 1,978.35 | | | (1,978.35) | 30.48 |
| 07/03/17 | 1,993.59 | 07/01/17 | 1,978.35 | 45.72 | | | | | 1,993.59 | 2,024.07 |
| 07/05/17 | | | | 45.72 | | 1,978.35 | | | (1,978.35) | 45.72 |
| 07/31/17 | 1,993.59 | 08/01/17 | 1,978.35 | 60.96 | | | | | 1,993.59 | 2,039.31 |
| 08/01/17 | | | | 60.96 | | 1,978.35 | | | (1,978.35) | 60.96 |
| 08/31/17 | 1,993.59 | 09/01/17 | 1,978.35 | 76.20 | | | | | 1,993.59 | 2,054.55 |
| 09/01/17 | | | | 76.20 | | 1,978.35 | | | (1,978.35) | 76.20 |
| 09/26/17 | 1,993.59 | 10/01/17 | 1,978.35 | 91.44 | | | | | 1,993.59 | 2,069.79 |
| 10/10/17 | | | | 91.44 | | 1,978.35 | | | (1,978.35) | 91.44 |
| 11/01/17 | 1,993.59 | 11/01/17 | 1,978.35 | 106.68 | | | | | 1,993.59 | 2,085.03 |
| 11/02/17 | | | | 106.68 | | 1,978.35 | | | (1,978.35) | 106.68 |
| 12/04/17 | 1,993.59 | 12/01/17 | 1,978.35 | 121.92 | | | | | 1,993.59 | 2,100.27 |
| 12/05/17 | | | | 121.92 | | 1,978.35 | | | (1,978.35) | 121.92 |
| 01/02/18 | 1,993.59 | 01/01/18 | 1,978.35 | 137.16 | | | | | 1,993.59 | 2,115.51 |
| 01/03/18 | | | | 137.16 | | 1,978.35 | | | (1,978.35) | 137.16 |
| 01/29/18 | 1,993.59 | 02/01/18 | 1,978.35 | 152.40 | | | | | 1,993.59 | 2,130.75 |
| 01/30/18 | | | | 152.40 | | 1,978.35 | | | (1,978.35) | 152.40 |
| 02/27/18 | 1,993.59 | 03/01/18 | 1,978.35 | 167.64 | | | | | 1,993.59 | 2,145.99 |
| 02/28/18 | | | | 167.64 | | 1,978.35 | | | (1,978.35) | 167.64 |
| 03/26/18 | 1,993.59 | 04/01/18 | 1,978.35 | 182.88 | | | | | 1,993.59 | 2,161.23 |
| 03/27/18 | | | | 182.88 | | 1,978.35 | | | (1,978.35) | 182.88 |
| 04/30/18 | 2,051.83 | 05/01/18 | 2,051.83 | 182.88 | | | | | 2,051.83 | 2,234.71 |
| 05/01/18 | | | | 182.88 | | 2,051.83 | | | (2,051.83) | 182.88 |
| 06/04/18 | 2,051.83 | 06/01/18 | 2,051.83 | 182.88 | | | | | 2,051.83 | 2,234.71 |
| 06/05/18 | | | | 182.88 | | 2,051.83 | | | (2,051.83) | 182.88 |
| 07/02/18 | 2,051.83 | 07/01/18 | 2,051.83 | 182.88 | | | | | 2,051.83 | 2,234.71 |
| 07/03/18 | | | | 182.88 | | 2,051.83 | | | (2,051.83) | 182.88 |
| 07/31/18 | 2,051.83 | 08/01/18 | 2,051.83 | 182.88 | | | | | 2,051.83 | 2,234.71 |
| 08/01/18 | | | | 182.88 | | 2,051.83 | | | (2,051.83) | 182.88 |
| 08/28/18 | 2,051.83 | 09/01/18 | 2,051.83 | 182.88 | | | | | 2,051.83 | 2,234.71 |
| 08/29/18 | | | | 182.88 | | 2,051.83 | | | (2,051.83) | 182.88 |
| 09/27/18 | 2,051.83 | 10/01/18 | 2,051.83 | 182.88 | | | | | 2,051.83 | 2,234.71 |
| 09/28/18 | | | | 182.88 | | 2,051.83 | | | (2,051.83) | 182.88 |
| 10/30/18 | 2,051.83 | 11/01/18 | 2,051.83 | 182.88 | | | | | 2,051.83 | 2,234.71 |
| 10/31/18 | | | | 182.88 | | 2,051.83 | | | (2,051.83) | 182.88 |
| 12/03/18 | 2,051.83 | 12/01/18 | 2,051.83 | 182.88 | | | | | 2,051.83 | 2,234.71 |
| 12/31/18 | 2,051.83 | 01/01/19 | 2,051.83 | 182.88 | | | | | 2,051.83 | 4,286.54 |
| 01/02/19 | | | | 182.88 | | 2,051.83 | | | (2,051.83) | 2,234.71 |
| 01/04/19 | | | 182.88 | - | om BR Suspense applied to Escrow | | 182.88 | | (182.88) | 2,051.83 |
| 01/29/19 | 2,051.83 | 02/01/19 | 2,051.83 | - | | | | | 2,051.83 | 4,103.66 |
| 01/30/19 | | | | - | | 2,051.83 | | | (2,051.83) | 2,051.83 |
| 02/26/19 | 2,051.83 | 03/01/19 | 2,051.83 | - | | | | | 2,051.83 | 4,103.66 |
| 02/27/19 | | | | - | | 2,051.83 | | | (2,051.83) | 2,051.83 |
| 03/25/19 | 2,051.83 | 04/01/19 | 2,051.83 | - | | | | | 2,051.83 | 4,103.66 |
| 03/26/19 | | | | - | | 2,051.83 | | | (2,051.83) | 2,051.83 |
| 05/01/19 | 2,011.60 | 05/01/19 | 2,011.60 | - | | | | | 2,011.60 | 4,063.43 |
| 05/02/19 | | | | - | | 2,051.83 | | | (2,051.83) | 2,011.60 |
| 06/03/19 | 2,011.60 | 06/01/19 | 2,011.60 | - | | | | | 2,011.60 | 4,023.20 |
| 06/04/19 | | | | - | | 2,011.60 | | | (2,011.60) | 2,011.60 |
| 07/01/19 | 2,011.60 | 07/01/19 | 2,011.60 | - | | | | | 2,011.60 | 4,023.20 |
| 07/02/19 | | | | - | | 2,011.60 | | | (2,011.60) | 2,011.60 |
| 07/29/19 | 2,011.60 | 08/01/19 | 2,011.60 | - | | | | | 2,011.60 | 4,023.20 |
| 07/30/19 | | | | - | | 2,011.60 | | | (2,011.60) | 2,011.60 |
| 08/29/19 | 2,011.60 | 09/01/19 | 2,011.60 | - | | | | | 2,011.60 | 4,023.20 |
| 08/30/19 | | | | - | | 2,011.60 | | | (2,011.60) | 2,011.60 |
| 10/01/19 | 2,011.60 | 10/01/19 | 2,011.60 | - | | | | | 2,011.60 | 4,023.20 |
| 10/02/19 | | | | - | | 2,011.60 | | | (2,011.60) | 2,011.60 |
| 11/04/19 | 2,011.60 | 11/01/19 | 2,011.60 | - | | | | | 2,011.60 | 4,023.20 |
| 11/05/19 | | | | - | | 2,011.60 | | | (2,011.60) | 2,011.60 |
| 12/02/19 | 2,011.60 | 12/01/19 | 2,011.60 | - | | | | | 2,011.60 | 4,023.20 |
| 12/03/19 | | | | - | | 2,011.60 | | | (2,011.60) | 2,011.60 |
| 12/30/19 | 2,011.60 | 01/01/20 | 2,011.60 | - | | | | | 2,011.60 | 4,023.20 |
| 12/31/19 | | | | - | | 2,011.60 | | | (2,011.60) | 2,011.60 |
| 01/31/20 | 2,011.60 | 02/01/20 | 2,011.60 | - | | | | | 2,011.60 | 4,023.20 |
| 02/03/20 | | | | - | | 2,011.60 | | | (2,011.60) | 2,011.60 |
| 02/27/20 | 2,011.60 | 03/01/20 | 2,011.60 | - | | | | | 2,011.60 | 4,023.20 |
| 02/28/20 | | | | - | | 2,011.60 | | | (2,011.60) | 2,011.60 |
| 03/31/20 | 2,011.60 | 04/01/20 | 2,011.60 | - | | | | | 2,011.60 | 4,023.20 |
| 04/01/20 | | | | - | | 2,011.60 | | | (2,011.60) | 2,011.60 |
| 05/01/20 | 2,000.00 | 05/01/20 | 1,999.09 | 0.91 | | | | | 2,000.00 | 4,011.60 |
| 05/04/20 | | | | 0.91 | | 1,999.09 | | | (1,999.09) | 2,000.91 |
| 06/01/20 | 2,000.00 | 06/01/20 | 1,999.09 | 1.82 | | | | | 2,000.00 | 4,000.00 |
| 06/29/20 | | | | 1.82 | | 1,999.09 | | | (1,999.09) | 2,000.91 |
| 06/30/20 | 2,000.00 | 08/01/20 | 1,999.09 | 2.73 | | | | | 2,000.00 | 4,000.91 |
| 08/04/20 | | | | 2.73 | | 1,999.09 | | | (1,999.09) | 2,001.82 |
| 08/05/20 | 2,000.00 | 09/01/20 | 1,999.09 | 3.64 | | | | | 2,000.00 | 4,002.73 |
| 09/02/20 | | | | 4.55 | | 1,999.09 | | | (1,999.09) | 2,003.64 |
| 10/01/20 | 2,000.00 | 10/01/20 | 1,999.09 | 4.55 | | | | | 2,000.00 | 4,003.64 |
| 10/02/20 | | | | 5.46 | | 1,999.09 | | | (1,999.09) | 2,004.55 |
| 11/02/20 | 2,000.00 | 11/01/20 | 1,999.09 | 6.37 | | | | | 2,000.00 | 4,004.55 |
| 11/03/20 | | | | 6.37 | | 1,999.09 | | | (1,999.09) | 2,005.46 |
| 11/30/20 | 2,000.00 | 12/01/20 | 1,999.09 | 7.28 | | | | | 2,000.00 | 4,005.46 |
| 12/01/20 | | | | 7.28 | | 1,999.09 | | | (1,999.09) | 2,006.37 |
| 12/31/20 | 2,000.00 | 01/01/21 | 1,999.09 | 8.19 | | | | | 2,000.00 | 4,006.37 |
| 01/04/21 | | | | 8.19 | | 1,999.09 | | | (1,999.09) | 2,007.28 |
| 01/29/21 | 2,000.00 | 02/01/21 | 1,999.09 | 9.10 | | | | | 2,000.00 | 4,007.28 |
| 01/31/21 | | | | 9.10 | | 1,999.09 | | | (1,999.09) | 2,008.19 |
| 03/01/21 | 2,000.00 | 03/01/21 | 1,916.01 | 93.09 | | | | | 2,000.00 | 4,008.19 |
| 03/02/21 | | | | 93.09 | | 1,999.09 | | | (1,999.09) | 2,009.10 |
| 04/01/21 | 2,000.00 | 04/01/21 | 1,916.01 | 177.08 | | | | | 2,000.00 | 4,009.10 |
| 04/02/21 | | | | 177.08 | | 1,916.01 | | | (1,916.01) | 2,093.09 |
| 04/30/21 | 1,800.00 | 05/01/21 | 1,858.49 | 118.59 | | | | | 1,800.00 | 3,893.09 |

| Date | $ | Date | $ | $ |
|---|---|---|---|---|
| 05/03/21 | | | | 118.59 |
| 05/28/21 | 1,850.00 | 06/01/21 | 1,858.49 | 110.10 |
| 05/31/21 | | | | 110.10 |
| 06/30/21 | 1,850.00 | 07/01/21 | 1,858.49 | 101.61 |
| 07/01/21 | | | | 101.61 |
| 08/02/21 | 1,900.00 | 08/01/21 | 1,858.49 | 143.12 |
| 08/03/21 | | | | 143.12 |
| 09/01/21 | 1,800.00 | 09/01/21 | 1,858.49 | 84.63 |
| 09/02/21 | | | | 84.63 |
| 10/01/21 | 1,850.00 | 10/01/21 | 1,858.49 | 76.14 |
| 10/04/21 | | | | 76.14 |
| 10/29/21 | 1,850.00 | 11/01/21 | 1,858.49 | 67.65 |
| 10/31/21 | | | | 67.65 |
| 12/02/21 | 1,850.00 | 12/01/21 | 1,858.49 | 59.16 |
| 12/03/21 | | | | 59.16 |
| 12/31/21 | 1,850.00 | 01/01/22 | 1,858.49 | 50.67 |
| 01/04/22 | | | | 50.67 |
| 02/01/22 | 1,850.00 | 02/01/22 | 1,858.49 | 42.18 |
| 02/02/22 | | | | 42.18 |
| 03/01/22 | 1,900.00 | 03/01/22 | 1,858.49 | 83.69 |
| 03/02/22 | | | | 83.69 |
| 04/01/22 | 1,900.00 | 04/01/22 | 1,858.49 | 125.20 |
| 04/04/22 | | | | 125.20 |
| 04/29/22 | 1,900.00 | 05/01/22 | 1,897.70 | 127.50 |
| 04/30/22 | | | | 127.50 |
| 05/26/22 | | | | 127.50 |
| 06/01/22 | 1,900.00 | 06/01/22 | 1,897.70 | 129.80 |
| 06/02/22 | | | | 129.80 |
| | | | | 129.80 |
| | | | | 129.80 |
| | | | | 129.80 |
| | | | | 129.80 |
| | | | | 129.80 |
| | | | | 129.80 |
| | | | | 129.80 |

| $ | | | $ | $ |
|---|---|---|---|---|
| 1,916.01 | | | (1,916.01) | 1,977.08 |
| 1,858.49 | | | 1,850.00 | 3,827.08 |
| 1,858.49 | | | (1,858.49) | 1,968.59 |
| 1,858.49 | | | 1,850.00 | 3,818.59 |
| 1,858.49 | | | (1,858.49) | 1,960.10 |
| 1,858.49 | | | 1,900.00 | 3,860.10 |
| 1,858.49 | | | (1,858.49) | 2,001.61 |
| 1,858.49 | | | 1,800.00 | 3,801.61 |
| 1,858.49 | | | (1,858.49) | 1,943.12 |
| 1,858.49 | | | 1,850.00 | 3,793.12 |
| 1,858.49 | | | (1,858.49) | 1,934.63 |
| 1,858.49 | | | 1,850.00 | 3,784.63 |
| 1,858.49 | | | (1,858.49) | 1,926.14 |
| 1,858.49 | | | 1,850.00 | 3,776.14 |
| 1,858.49 | | | (1,858.49) | 1,917.65 |
| 1,858.49 | | | 1,850.00 | 3,767.65 |
| 1,858.49 | | | (1,858.49) | 1,909.16 |
| 1,858.49 | | | 1,850.00 | 3,759.16 |
| 1,858.49 | | | (1,858.49) | 1,900.67 |
| 1,858.49 | | | 1,900.00 | 3,800.67 |
| 1,858.49 | | | (1,858.49) | 1,942.18 |
| 1,858.49 | | | 1,900.00 | 3,842.18 |
| 1,858.49 | | | (1,858.49) | 1,983.69 |
| 1,858.49 | | | 1,900.00 | 3,883.69 |
| 1,897.70 | | | (1,897.70) | 127.50 |
| 1,897.70 | | | 1,900.00 | 2,027.50 |
| 1,897.70 | | | (1,897.70) | 129.80 |
| | | | - | 129.80 |
| | | | - | 129.80 |
| | | | - | 129.80 |
| | | | - | 129.80 |
| | | | - | 129.80 |
| | | | - | 129.80 |
| | | | - | 129.80 |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Cristina Beach |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Northern   District of   Illinois (State) |
| Case number | 17-12515 |

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges   12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:**   Nationstar Mortgage LLC      **Court claim no.** (if known):   4

**Last 4 digits** of any number you use to
Identify the debtor's account:   1139

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☐ No
■ Yes. Date of the last notice: __11___/16_____/__17___

| Part 1: | Itemize Postpetition Fees, Expenses, and Charges |
|---|---|

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| | Description | Dates incurred | | Amount |
|---|---|---|---|---|
| 1. | Late Charges | | (1) | |
| 2. | Non-sufficient funds (NSF) fees | | (2) | |
| 3. | Attorney Fees | | (3) | |
| 4. | Filing fees and court costs | | (4) | |
| 5. | Bankruptcy/Proof of claim fees | $350.00 07/10/17 (Proof of Claim); | (5) | $350.00 |
| 6. | Appraisal/Broker's price opinion fees | | (6) | |
| 7. | Property inspection fees | | (7) | |
| 8. | Tax Advances (non-escrow) | | (8) | |
| 9. | Insurance advances (non-escrow) | | (9) | |
| 10. | Property preservation expenses. Specify:_____ | | (10) | |
| 11. | Other. Specify:_____ | | (11) | |
| 12. | Other. Specify:_____ | | (12) | |
| 13. | Other. Specify:_____ | | (13) | |
| 14. | Other. Specify:_____ | | (14) | |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1

| Debtor 1 | Cristina Beach | | Case number *(if known)* | 17-12515 |
| | First Name   Middle Name   Last Name | | | |

## Part 4:   Sign Here

The person completing this Notice must sign it.  Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐  I am the creditor.

■  I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗  /s/ Joel P. Fonferko                   Date   11/16/2017

   Signature

Print   Joel P. Fonferko                   Title   Attorney for Creditor

   First Name   Middle Name   Last Name

Company   Codilis & Associates, P.C.

Address   15W030 North Frontage Road, Suite 100

   Number   Street

   Burr Ridge          IL          60527

   City          State          ZIP Code

Contact phone   (630) 794-5300          Email   ND-One@il.cslegal.com

File #14-17-05622

Official Form 410S2          **Notice of Postpetition Mortgage Fees, Expenses, and Charges**          page 2

B 10 (Supplement 2) (12/11)

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that I have served a copy of this Notice upon the parties listed below, as to the Trustee and Debtor's attorney via electronic notice on November 16, 2017 and as to the debtor by causing same to be mailed in a properly addressed envelope, postage prepaid, from 7140 Monroe Street, Willowbrook, IL 60527 before the hour of 5:00 PM on November 16, 2017.

Glenn B Stearns, Chapter 13 Trustee, 801 Warrenville Road, Suite 650, Lisle, IL 60532 by electronic notice through ECF
Cristina Beach, Debtor(s), 371 Toccoa Lane, Volo, IL 60073
David P. Leibowitz, ESQ, Attorney for Debtor(s), 420 Clayton Street, Waukegan, IL 60085-4232 by electronic notice through ECF
Office of U.S. Trustee, Region 11, 219 S. Dearborn St., Room 873, Chicago, IL 60604 by electronic notice through ECF

/s/ Joel P. Fonferko

Berton J. Maley ARDC#6209399
Rachael A. Stokas ARDC#6276349
Gloria C. Tsotsos ARDC#6274279
Jose G. Moreno ARDC#6229900
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300)
**C&A FILE (14-17-05622)**

NOTE: This law firm is a debt collector.

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Cristina Beach |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Northern   District of   Illinois   (State) |
| Case number | 17-12515 |

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges   12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** Nationstar Mortgage LLC       **Court claim no.** (if known): ___4___

**Last 4 digits** of any number you use to Identify the debtor's account:   1139

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

■ No
❑ Yes. Date of the last notice: _____/_____/_____

| Part 1: | Itemize Postpetition Fees, Expenses, and Charges |
|---|---|

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| | Description | Dates incurred | | Amount |
|---|---|---|---|---|
| 1. | Late Charges | | (1) | |
| 2. | Non-sufficient funds (NSF) fees | | (2) | |
| 3. | Attorney Fees | $300.00 06/30/17 (Plan Review); | (3) | $300.00 |
| 4. | Filing fees and court costs | | (4) | |
| 5. | Bankruptcy/Proof of claim fees | | (5) | |
| 6. | Appraisal/Broker's price opinion fees | | (6) | |
| 7. | Property inspection fees | | (7) | |
| 8. | Tax Advances (non-escrow) | | (8) | |
| 9. | Insurance advances (non-escrow) | | (9) | |
| 10. | Property preservation expenses. Specify:_____ | | (10) | |
| 11. | Other. Specify:_____ | | (11) | |
| 12. | Other. Specify:_____ | | (12) | |
| 13. | Other. Specify:_____ | | (13) | |
| 14. | Other. Specify:_____ | | (14) | |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1

| Debtor 1 | Cristina Beach | | | Case number *(if known)* | 17-12515 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

---

| **Part 4:** | **Sign Here** |
|---|---|

The person completing this Notice must sign it.  Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

■ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ Gloria C. Tsotsos          Date   11/16/2017
Signature

Print   Gloria C. Tsotsos          Title   Attorney for Creditor
First Name   Middle Name   Last Name

Company   Codilis & Associates, P.C.

Address   15W030 North Frontage Road, Suite 100
Number      Street

Burr Ridge          IL          60527
City          State          ZIP Code

Contact phone   (630) 794-5300          Email   ND-One@il.cslegal.com

File #14-17-05622

---

B 10 (Supplement 2) (12/11)

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that I have served a copy of this Notice upon the parties listed below, as to the Trustee and Debtor's attorney via electronic notice on  November 16, 2017 and as to the debtor by causing same to be mailed in a properly addressed envelope, postage prepaid, from 7140 Monroe Street, Willowbrook, IL 60527 before the hour of 5:00 PM on  November16, 2017.

Glenn B Stearns, Chapter 13 Trustee, 801 Warrenville Road, Suite 650, Lisle, IL 60532 by electronic notice through ECF
Cristina Beach, Debtor(s), 371 Toccoa Lane, Volo, IL 60073
David P. Leibowitz, ESQ, Attorney for Debtor(s), 420 Clayton Street, Waukegan, IL 60085-4232 by electronic notice through ECF
Office of U.S. Trustee, Region 11, 219 S. Dearborn St., Room 873, Chicago, IL 60604 by electronic notice through ECF

/s/ Gloria C. Tsotsos

Berton J. Maley ARDC#6209399
Rachael A. Stokas ARDC#6276349
Gloria C. Tsotsos ARDC#6274279
Jose G. Moreno ARDC#6229900
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300)
**C&A FILE (14-17-05622)**

NOTE: This law firm is a debt collector.